# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2025-1298
L.T. Case No. 2024-MM-004572-A

_____

MICHAEL STANLEY JOHNSON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the County Court for Seminole County.
James Joseph DeKleva, Judge.

Matthew Metz, Public Defender, and Evan Altes, Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Whitney Hartless, Assistant Attorney General, Daytona Beach, for Appellee.

May 5, 2026

PER CURIAM.

    AFFIRMED.

JAY, C.J., and LAMBERT and MacIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____